# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132470

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MAURICE EDWARD MATHEWS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132470
COA: 261346
Muskegon CC: 04-050126-FC

On order of the Court, the application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

p0122